Yaman Salahi (SBN 288752)
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

[Additional counsel appear below signature line]

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTROL GROUP MEDIA COMPANY, LLC, a Delaware limited liability company; PEOPLECONNECT, INC., a Delaware corporation; INSTANT CHECKMATE, LLC, a Delaware limited liability company; TRUTHFINDER, LLC, a Delaware limited liability company, and INTELIUS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. **'22CV1128 L    BGS**<br><br>**NOTICE OF RELATED CASE** |

# NOTICE OF RELATED CASE

Pursuant to Local Rule 40.1(f), Plaintiff Rogelio Ramirez hereby notifies the Court and all parties that the above-captioned matter is related to *Camacho v. The Control Group Media Company*, Case No. 21-cv-1954-MMA-MDD (filed November 16, 2021), pending before the Honorable Michael M. Anello of the United States District Court for the Southern District of California, and in support thereof states:

1. The *Camacho* matter is a consolidated action involving Case Nos. 21-cv-01954-MMA (the lead case), 21-cv-1957-MMA-JLB (filed November 16, 2021), and 22-cv-00209-MMA-MDD (filed February 16, 2022). *See Camacho* Dkts. 33-4; 34-4.

2. Plaintiff Ramirez in this case asserts a claim on behalf of a proposed class of California residents against the same defendants under the same legal theories as the plaintiffs in the *Camacho* matter. Like the *Camacho* plaintiffs, Plaintiff Ramirez alleges that Defendants used his identity to promote background check products without his consent on the same websites that are at issue in the *Camacho* consolidated action: InstantCheckmate.com, TruthFinder.com, USSearch.com, and Intelius.com. The *Camacho* plaintiffs, Ms. Rhonda Cotta and Mr. Jose Medina Camacho, are represented by the same counsel as Plaintiff Ramirez. Accordingly, the *Ramirez* and *Camacho* matters are related per Local Rule 40.1(g) because both matters are based on the same or similar claims and involve substantially the same facts and questions of law.

3. Indeed, Judge Anello previously made the same observation in a May 3, 2022 order, observing that "there is substantial similarity between the three [*Camacho*] complaints, the motions to dismiss briefing, the parties bringing the action and the parties against whom the action is brought, the documents filed, and

1 | Plaintiffs' and Defendants' counsel." *See Camacho* Dkt. 28 at 2.  For that reason,
2 | Judge Anello *sua sponte* ordered the parties to meet and confer on whether the
3 | three *Camacho* actions should be consolidated.  *Id.*  The parties to the *Camacho*
4 | actions filed a joint status report on May 19, 2022 stating that "the Parties agree
5 | that the cases should be consolidated at least for pre-trial purposes."  *Camacho*
6 | Dkt. 30 at 1.  Judge Anello thereafter consolidated the *Camacho* cases.  *See*
7 | *Camacho* Dkt. 32 at 68-69.

8 |     4. For these reasons, and consistent with Judge Anello's order
9 | consolidating the *Camacho* actions, Mr. Ramirez respectfully submits that
10 | assignment of the *Ramirez* and *Camacho* matters to a single district judge is "likely
11 | to effect a saving of judicial effort and other economies."  Local Civil Rule 40.1(f).

12 |     5. To promote efficient case management, and as a good faith courtesy,
13 | counsel for Plaintiff Ramirez met and conferred with counsel for Defendants on
14 | the morning of Friday, July 29, 2022, to advise them that they represented Mr.
15 | Ramirez, who intended to assert a class claim like the *Camacho* plaintiffs.  Plaintiff
16 | Ramirez's counsel advised Defendants that the most efficient course would be to
17 | add Mr. Ramirez as an additional plaintiff in a Consolidated Amended Complaint
18 | to be filed in the *Camacho* action.  Defendants' counsel had stated they would be
19 | appealing the Court's order in the *Camacho* actions denying Defendants' motion to
20 | compel arbitration, and would be seeking a stay of the *Camacho*
21 | proceedings.  Plaintiff's counsel explained that they were open to a stay of
22 | discovery with respect to the *Camacho* plaintiffs, but because Mr. Ramirez's
23 | addition to the litigation was imminent, a complete stay would be inappropriate,
24 | particularly given that Mr. Ramirez is not subject to any arbitration agreement even
25 | under Defendants' theory, which Judge Anello already rejected in the *Camacho*
26 | actions.  *See Camacho* Dkt. 32 at 8-20; *see also* Compl. ¶ 25 n.2 (explaining that

1  Mr. Ramirez's counsel opted out of Defendants' arbitration agreements while
2  conducting their pre-filing investigation).  Instead of prioritizing efficient case
3  management, in an apparent effort to keep this plainly-related case from being
4  consolidated, Defendants' counsel filed a notice of appeal of Judge Anello's order
5  denying a motion to compel arbitration in the *Camacho* cases later the same day of
6  the meet-and-confer—over a week and a half before their deadline and before they
7  had originally intended to do so.  Nevertheless, Defendants' gamesmanship does
8  not alter the fact that Plaintiff Ramirez's claims are related to the *Camacho*
9  plaintiffs' claims, and that reassignment of this case to Judge Anello is likely to
10 promote judicial economy and efficient litigation.

Respectfully submitted,

**ROGELIO RAMIREZ**, individually and on behalf of all others similarly situated,

Dated: August 1, 2022

By: */s/ Yaman Salahi*
*One of Plaintiff's Attorneys*

Yaman Salahi (SBN 288752)
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212.9300
Fax: (415) 373.9435
ysalahi@edelson.com

Benjamin H. Richman (*Pro Hac Vice* admission to be sought)
Ari J. Scharg (*Pro Hac Vice* admission to be sought)
Benjamin Thomassen (*Pro Hac Vic* admission to be sought)
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589.6370
Fax: (312) 589.6378

brichman@edelson.com
ascharg@edelson.com
bthomassen@edelson.com

Philip L. Fraietta (*Pro Hac Vice* admission to be sought)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
pfraietta@bursor.com