**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGELIO RAMIREZ, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE CONTROL GROUP MEDIA COMPANY, LLC, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 22-cv-1128-MMA (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>[Doc. No. 20] |

On November 2, 2022, Plaintiff Rogelio Ramirez and Defendants The Control Group Media Company LLC, PeopleConnect, Inc., Instant Checkmate, LLC, TruthFinder, LLC, and Intelius LLC (collectively, the "Parties") filed a joint motion to stay proceedings to allow the Parties to further mediate. *See* Doc. No. 20. The Parties have agreed to mediate this case. *Id.* at 2. The mediation is scheduled to begin on December 6, 2022. *Id.*

A trial court has inherent authority to control its own docket and calendar, including the issuance of a stay. *Landis v. North American Co.*, 299 U.S. 248, 254

(1936). When ruling on a motion to stay, the Court considers "the competing interests which will be affected by the granting or refusal to grant a stay[,]" including "the possible damage which may result from the granting of the stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (citing *Landis*, 299 U.S. at 254–55).

Here, the factors weigh in favor of a stay of proceedings. The Court has not yet issued a Rule 16 scheduling order setting forth discovery and pretrial deadlines. All Parties have joined in the motion to stay. *See* Doc. No. 20. Additionally, a brief stay in this case will conserve judicial resources, the resources of the Parties, and will not impose an inequity on any party. *See CMAX, Inc.*, 300 F.2d at 268; *Landis*, 299 U.S. at 254–55.

Accordingly, upon due consideration, good cause appearing, the Court **GRANTS** the joint motion, **VACATES** all pending deadlines and hearing dates, and **STAYS** this action in its entirety pending the completion of mediation. The parties must file with the Court a joint status report by **December 30, 2022**.

**IT IS SO ORDERED**.

Dated: November 7, 2022

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge